Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
KAYLA MARIE WIKTORSKI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA MARIE WIKTORSKI | ) Case No.:  2:16-cv-00364-KJN |
| | ) |
| Plaintiff, | ) ORDER EXTENDING BRIEFING |
| v. | ) SCHEDULE |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 15, 2016, in which to file Plaintiff's motion for summary judgment and/or remand; and that all other deadlines set forth in the March 7, 2016 Case Management Order shall be extended accordingly. Specifically, Defendant's

/ / /

1    opposition shall be due on or before September 14, 2016.  Plaintiff's reply shall be

2    due on or before October 5, 2016.   IT IS SO ORDERED.

3    Dated:  August 3, 2016

4                                                    _____

5                                                    KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

6

7    Respectfully submitted,

8    LAW OFFICES OF LAWRENCE D. ROHLFING

9            /s/ Cyrus Safa

10   BY: _____

11        Cyrus Safa
          Attorney for plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26